MOED-0001        DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| Christopher D. Perkins ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:23-cv-1592 |
| Life of the South Insurance Company ) | |
| ) | |
| Defendant(s). ) | |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for __Defendant__ hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

   a. Whether it is publicly traded, and if it is, on which exchange(s):
   Life of the South Insurance Company ("LOTS") is not publicly traded.

   b. Its parent companies or corporations (if none, state "none"):
   LOTS is wholly owned by Lots Intermediate Co., which is wholly owned by Fortegra Financial Corp.("FFC"). FFC is wholly owned by The Fortegra Group, Inc., which is majority-owned and controlled by Tiptree Inc.

   c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
   None.

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
   Tiptree Inc. (TIPT) owns greater than 5% of LOTS stock through the subsidiaries listed above.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
   LOTS is a citizen of Georgia and Florida for diversity purposes. Bankers Life Insurance Company of Louisiana, a wholly owned subsidiary of LOTS, is a citizen of Louisiana.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001            DISCLOSURE STATEMENT

      By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

      **/s/: David B. Helms**
Signature (Counsel for Plaintiff/Defendant)
Print Name: **David B. Helms**
Address: **8000 Maryland Ave. #1060**
City/State/Zip: **St. Louis, MO 63105**
Phone: **314-474-1750**

### Certificate of Service

      I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: **December 11**, 20 **23**.

      **/s/: David B. Helms**
Signature