## DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARINER FINANCE, LLC, | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| vs. | )    Case No. 4:23-cv-01592-HEA |
| CHRISTOPHER D. PERKINS, | ) |
|     Defendant/Counterclaim Plaintiff/<br>    Third-Party Plaintiff, | ) |
| vs. | ) |
| LIFE OF THE SOUTH INSURANCE CO., | ) |
|     Third-Party Defendant. | ) |

## **DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, counsel of record for Mariner Finance, LLC[1] hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

   a. Whether it is publicly traded, and if it is, on which exchange(s):  **N/A**

   b. Its parent companies or corporations (if none, state "none"):  **MF Raven Holdings, Inc.**

   c. Its subsidiaries not wholly owned by the subject (if none, state "none"):  **None**

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):  **None**

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations: **Mariner Finance, LLC is a Maryland limited liability company with its principal place of business at 8211 Town Center Dr., Nottingham, MD. 21236.  The sole member is MF Raven Holdings, Inc.**, **which is a Delaware corporation.**

---

[1] It is Mariner Finance, LLC's position that it is not a proper party to this removed case given the fact that Third-Party Defendant Life of the South Insurance Co. removed the third-party petition and is treating it as an action completely separate from the original petition filed by Mariner Finance, LLC against Defendant Christopher D. Perkins.

HB: 4881-4702-3260.2

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event.  EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Michael S. Hargens*
Michael S. Hargens,              MO Bar #51077
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:  816.983.8000
Fax:  816.983.8080
Email:  michael.hargens@huschblackwell.com

ATTORNEYS FOR MARINER FINANCE, LLC

### CERTIFICATE OF SERVICE

I certify that on January 11, 2024, a copy of the foregoing was sent through the CM/ECF system to the registered attorneys of record.

*/s/ Michael S. Hargens*
Attorney

HB: 4881-4702-3260.2