**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER D. PERKINS, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-1592-HEA |
| | ) | |
| LIFE OF THE SOUTH INSURANCE COMPANY, | ) ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**NOTICE OF ATTENDANCE FOR JANUARY 24, 2024,**
**RULE 16 SCHEDULING CONFERENCE**

Defendant Life of the South Insurance Company, by and through undersigned counsel, hereby notifies the Court that the following attorneys will attend the January 24, 2024, 10:00 a.m. CST scheduling conference:

David B. Helms         314-504-4166
Benjamin D. Mooneyham  785-221-9532

**GM Law PC**

By: */s/ David B. Helms*
David B. Helms         #48941(MO)
8000 Maryland Avenue, Suite 1060
St. Louis, MO 63105
(314) 474-1750
(816) 471-2221
davidh@gmlawpc.com

Benjamin D. Mooneyham    #65341(MO)
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
(816) 471-7700
(816) 471-2221 fax
Email:  Benm@gmlawpc.com
***Attorneys for Life of the South Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the court's ECF filing system, on January 19, 2024, upon all parties and counsel of record.

*/s/ David B. Helms*
David B. Helms