UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARINER FINANCE, LLC,<br><br>　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>CHRISTOPHER D. PERKINS,<br><br>　Defendant/Counterclaimant/<br>　Third-Party Plaintiff,<br><br>LIFE OF THE SOUTH INSURANCE COMPANY,<br><br>　Third-Party Defendant. | Case No. 4:23CV1592-HEA |

**NOTICE OF ATTENDANCE FOR JANUARY 24, 2024,
RULE 16 SCHEDULING CONFERENCE**

　　Defendant/Third-Party Plaintiff Christopher D. Perkins ("Perkins"), by and through undersigned counsel, hereby notifies the Court that the following attorneys will attend the January 24, 2024, 10:00 a.m., CST scheduling conference:

　　Kaitlin A. Carpenter　　314-400-6337
　　Craig W. Richards　　　314-227-7638

　　　　　　　　　　　　**ONDERLAW, LLC**

　　　　　　　　　By:　*/s/ Martin L. Daesch*
　　　　　　　　　　　　Martin L. Daesch, #40494
　　　　　　　　　　　　Jesse B. Rochman, #60712
　　　　　　　　　　　　Kaitlin A. Carpenter, #74599
　　　　　　　　　　　　Craig W. Richards, #67262
　　　　　　　　　　　　110 E. Lockwood Ave.
　　　　　　　　　　　　St. Louis, MO  63119
　　　　　　　　　　　　(314) 963-9000 (telephone)
　　　　　　　　　　　　(314) 963-1700 (facsimile)

daesch@onderlaw.com
rochman@onderlaw.com
carpenter@onderlaw.com
richards@onderlaw.com
*Attorneys for Christopher D. Perkins*

## Certificate of Service

    I certify that on January 19, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

                                                                  */s/ Martin L. Daesch*