DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHRISTOPHER D. PERKINS, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) Case No. 4:23-cv-01592-HEA |
| LIFE OF THE SOUTH INSURANCE CO., | ) |
| Third-Party Defendant. | ) |

## NOTICE OF ATTENDANCE FOR JANUARY 24, 2024 RULE 16 SCHEDULING CONFERENCE

Counsel of record for Mariner Finance, LLC hereby notifies the Court that the attorney below is available to attend the January 24, 2024 scheduling conference in this case. However, Mariner Finance, LLC respectfully submits that it is not a proper party to this removed case given the fact that Third-Party Defendant Life of the South Insurance Co. removed the third-party petition as an action completely separate from the original petition filed by Mariner Finance, LLC against Christopher D. Perkins.

Michael S. Hargens          913-219-3676

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Michael S. Hargens*
Michael S. Hargens          MO Bar #51077
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:  816.983.8000
Fax:  816.983.8080
Email:  michael.hargens@huschblackwell.com

ATTORNEYS FOR MARINER FINANCE, LLC

1

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2024, a copy of the foregoing was sent through the CM/ECF system to the registered attorneys of record.

                                                 */s/ Michael S. Hargens*
                                                Attorney